IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ALL CONTENT AND OTHER INFORMATION ASSOCIATED WITH DISCORD ACCOUNT "TOASTY" WITH USER ID: 485907045237653505 MAINTAINED AT PREMISES CONTROLLED BY DISCORD INC. | Case No. 1:23-mj-00019-WCM<br><br>**Filed Under Seal** |

**ORDER THAT DISCORD, INC. NOT NOTIFY ANY PERSON OF THE WARRANT**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Discord, Inc., hereinafter referred to as Discord, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the warrant) of the existence of the attached warrant until one year or until further order of this Court, whichever occurs first.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Discord shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year or until further order of this Court, whichever occurs first, except that Discord may disclose the attached warrant to an attorney for Discord for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Signed: March 9, 2023

W. Carleton Metcalf
United States Magistrate Judge